# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 1:17-CV-21198-FAM

Plaintiff:
**RENZO BARBERI**

vs.

Defendant:
**MB CAPITAL, INC., d/b/a MEINEKE and J.D. INVESTMENTS CAPITAL CORP., a Florida profit Corporation**

For:
RONALD STERN
THE ADVOCACY LAW FIRM, P.A.
1250 E. HALLANDALE BEACH BLVD
SUITE 503
HALLANDALE BEACH, FL 33009

Received by UGOCHUKWU NWABUEZE #850 #2240 on the 31st day of March, 2017 at 6:00 pm to be served on **MB CAPITAL, INC. D/B/A MEINEKE, REGISTERED AGENT: ARREAZA, MARIANELA, 18322 NW 68TH AVENUE, SUITE G, MIAMI, FL 33015**.

I, UGOCHUKWU NWABUEZE #850 #2240, being duly sworn, depose and say that on the **5th day of April, 2017 at 1:42 pm, I:**

served a **REGISTERED AGENT** by delivering a true copy of the **Summons and Complaint** with the date and hour of service endorsed thereon by me, to: **JUAN CARLOS** as **Registered Agent** at the address of: **20033 SOUTH DIXIE HWAY, MIAMI, FL 33189** on behalf of **MB CAPITAL, INC. D/B/A MEINEKE, REGISTERED AGENT: ARREAZA, MARIANELA**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 26th day of April, 2017 by the affiant who is personally known to me.

______________________________
NOTARY PUBLIC

______________________________
UGOCHUKWU NWABUEZE #850 #2240
Process Server

**Ugobek Professional Services**
**1210 SORRENTO DRIVE**
**WESTON, FL 33326**
**(954) 496-3604**

Our Job Serial Number: UGO-2017000182

Copyright © 1992-2013 Database Services, Inc. - Process Server's Toolbox V7.0l